**James Le'Roy KELLEY, Petitioner–Appellant,**

v.

**Lorie DAVIS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent–Appellee.**

No. 16-11744

United States Court of Appeals, Fifth Circuit.

Date Filed: 10/02/2017

James Le'Roy Kelley, Pro Se

Nathan Tadema, Office of the Attorney General for the State of Texas, Austin, TX, for Respondent-Appellee

ORDER:

JERRY E. SMITH, United States Circuit Judge

James Kelley, Texas prisoner #1894193, is imprisoned for possessing cocaine in a drug-free zone and fraudulently possessing identifying information. He moves for a certificate of appealability ("COA") to appeal the denial of his 28 U.S.C. § 2254 application in which he raised claims that (1) trial counsel was ineffective because (a) counsel did not object to the absence of a court reporter during the plea and sentencing proceedings and (b) counsel was not present and did not insist that Kelley be present at sentencing; (2) several documents in the state trial court records were fraudulent; and (3) the trial court did not orally impose consecutive sentences.

Kelley is entitled to a COA if he makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); see *Miller-El v. Cockrell,* 537 U.S. 322, 336, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). He must establish that reasonable jurists would find the decision to deny relief debatable or wrong, see *Slack v. McDaniel,* 529 U.S. 473, 483-84, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000), or that the issues he presents deserve encouragement to proceed further, see *Miller-El,* 537 U.S. at 327, 123 S.Ct. 1029.

Kelley has not made the required showing. Accordingly, the motion for a COA is DENIED. All outstanding motions are also DENIED.